ADOLPH DEUTSCH, as President of Local Union No. 499, Brotherhood of Painters, Decorators and Paperhangers of America, Appellant, v. EDWARD ACKERLEY, on Behalf of and Representing Himself and All Other Members of the General Executive Board of Brotherhood of Painters, Decorators and Paperhangers of America, and Others, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PINCUS HERSCHKOWITZ, Respondent, v. DAVID W. KEEN, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARY A. TIRRELL, Respondent, v. MARTIN L. TIRRELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IRVING I. PARVER, Respondent, v. MATTHEWS-KADETSKY Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM E. ISELIN and Others, Respondents, v. BELGIAN LEATHER CORPORATION, Defendant, Impleaded with SHERWOOD SHOE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JOSEPHINE McLAUGHLIN, Appellant, for an Order Appointing a Substitute Committee in the Place and Stead of GEORGE E. ROOSEVELT and Others, Comprising and Composing the REAL ESTATE BOND-HOLDERS' PROTECTIVE COMMITTEE, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE CITY OF NEW YORK, Respondent, v. OFF-STREETS PARKING, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and deny the motion. [153 Misc. 150.]

AUGUST S. SACHS, Respondent, v. ERWIN R. FLETCHER, Defendant, Impleaded with SULLIVAN COUNTY GOLF AND COUNTRY CLUB OF LIBERTY, NEW YORK, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.